UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLY KEY,

                Plaintiff,          Civil Action No. 22-10849

v.                                      F. Kay Behm
                                      United States District Judge

CITY OF DETROIT,                 David R. Grand
                                        United States Magistrate Judge

                Defendants.
_____/

### ORDER DENYING PLAINTIFF'S "MOTION FOR CHANGE OF VENUE" (ECF No. 48)

On April 20, 2022, *pro se*[1] plaintiff Kelly Key ("Key") commenced this employment discrimination/harassment action against the City of Detroit ("City"). (ECF No. 1). Pursuant to 28 U.S.C. § 636(b), all non-dispositive pretrial matters have been referred to the undersigned. (ECF No. 38).

Now pending before the Court is Key's "Motion for Change of Venue." (ECF No. 48). In his "motion," Key asks only that the Court issue him "a change of venue form[.]" (*Id.*, PageID.269). However, there is no such form to be issued. To the extent Key desires to move for a change of venue in this case, such a motion must be filed pursuant to the applicable statutory provision and/or court rule and accompanied by properly supported

---

[1] At the time of the filing of his complaint, Key was represented by counsel. Recently, however, the Honorable F. Kay Behm entered an order granting Key's attorney's motion to withdraw as counsel. (ECF No. 18). Thus, Key is now proceeding *pro se* in this case.

argument and evidence. At this point in time, there is simply no basis for the Court to provide the relief requested.

For the foregoing reasons, Key's Motion for Change of Venue **(ECF No. 48)** is **DENIED**.

    **IT IS SO ORDERED.**

| | |
|---|---|
| Dated: April 24, 2023<br>Ann Arbor, Michigan | s/David R. Grand<br>DAVID R. GRAND<br>United States Magistrate Judge |

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 24, 2023.

    s/Eddrey O. Butts
    EDDREY O. BUTTS
    Case Manager