UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLY KEY,

        Plaintiff,

v.

CITY OF DETROIT,

        Defendant.
_____/

Case No. 2:22-cv-10849

Honorable Susan K. DeClercq
United States District Judge

**ORDER DISMISSING PLAINTIFF'S COMPLAINT (ECF No. 1) WITH PREJUDICE, AND DENYING AS MOOT DEFENDANT'S MOTION IN LIMINE (ECF No. 164) AND DEFENDANT'S SECOND MOTION FOR SUMMARY JUDGMENT (ECF No. 173)**

For the reasons stated on the record at the hearing held on March 20, 2025, it is **ORDERED** that Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITH PREJUDICE** for failure to prosecute. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R. Co.*, 370 U.S. 626, 629 (1962) ("The authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted."). Defendant's Motion in Limine, ECF No. 164, and Defendant's Second Motion for Summary Judgment, ECF No. 173, are **DENIED AS MOOT**.

    **This is a final order and closes the above-captioned case**.

                                                       */s/Susan K. DeClercq*
                                                       SUSAN K. DeCLERCQ
                                                       United States District Judge

Dated: March 24, 2025